UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL THOMAS BALINT,<br><br>        Petitioner,<br><br>        v.<br><br>WARDEN, NORTH KERN,<br><br>        Respondent. | No. CV 11-6307-BRO (PLA)<br><br>**JUDGMENT** |

Pursuant to the order accepting findings, conclusions, and recommendation of the magistrate judge, IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: April 20, 2017

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE